IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01363-ZLW-MEH

BIG O TIRES, a Nevada limited liability company,
     f/k/a BIG O TIRES, INC., a Colorado corporation,

    Plaintiff,

v.

BNS, INC., a New Mexico corporation,
BRIAN K. HOTCHKISS and SARA L. HOTCHKISS,

    Defendants.

---

## ORDER

---

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    DATED at Denver, Colorado, this 23rd day of June, 2009.

                                           BY THE COURT:

                                           _____
                                           ZITA L. WEINSHIENK, Senior Judge
                                           United States District Court