IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01363-WYD-MEH

BIG O TIRES, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation,

    Plaintiff,

v.

BNS, INC., a New Mexico corporation;
BRIAN K. HOTCHKISS; and
SARA L. HOTCHKISS,

    Defendants.

## ORDER AND JUDGMENT

THIS MATTER comes before the Court on Plaintiff's Motion to Reopen Case and for Entry of Judgment by Confession.  The Court having considered the Motion, the appended documentary evidence, and the appended Affidavit in Support of Motion to Reopen Case and for Entry of Judgment by Confession, no response having filed in opposition to the Motion, and the Court being otherwise sufficiently advised in the premises,

FINDS that the Court has jurisdiction of the subject matter of this proceeding and personal jurisdiction over the parties hereto.

FURTHER FINDS that the Plaintiff's Motion to Reopen Case and for Entry of Judgment by Confession  is well taken, supported by good cause, and should be granted.  Accordingly, it is

ORDERED that Plaintiff's Motion to Reopen Case and for Entry of Judgment by Confession filed October 21, 2015 is **GRANTED**. It is

FURTHER ORDERED that this case is reopened for entry of judgment to be entered pursuant to the Court's previous Order [ECF No. 30]. It is

FURTHER ORDERED, ADJUDGED and DECREED that Plaintiff have and recover judgment against the Defendants and each of them, jointly and severally, in the principal sum of $124,505.85, plus interest from date of entry of judgment until paid.

Dated:  December 17, 2015.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE