IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01363-WYD-MEH

BIG O TIRES, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation,

      Plaintiff,

v.

BNS, INC., a New Mexico corporation;
BRIAN K. HOTCHKISS; and
SARA L. HOTCHKISS,

      Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order and Judgment, filed on December 17, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Plaintiff, Big O Tires, a Nevada limited liability company, f/k/a BIG O TIRES, INC., a Colorado corporation, and against Defendants, BNS, Inc., a New Mexico corporation, Brian K. Hotchkiss, and Sara L. Hotchkiss, in the total amount of $124,505.85.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $124,505.85 at the legal rate of .71% per annum from the date of entry of judgment.  It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 18th day of December, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk